## WATSON v. REIN *et al.*

### No. 517. Opinion Filed March 8, 1910.

#### (108 Pac. 397.)

**APPEAL AND ERROR—Necessity of Summons—Dismissal.** Where no summons in error is issued or praecipe filed therefor, and no general appearance is made by defendant in error within one year after the rendition of the judgment appealed from, a proceeding in error is not commenced within one year after the rendition of the judgment, as required by section 4748, Wilson's Rev. & Ann. St. 1903, although a petition in error and case-made have been filed within said period of one year, and the proceeding will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Kay County; W. M. Bowles, Judge.*

Action by Mabel C. Watson against Henry Rein and others. Judgment for defendants, and plaintiff brings error. Dismissed.

*W. K. Moore* and *Moss & Turner,* for plaintiff in error.
*J. F. King* and *L. A. Maris,* for defendants in error.

WILLIAMS, J. The judgment sought to be appealed from in this case was rendered on the 3d day of December, 1907, in the district court of Kay county, state of Oklahoma. On the 27th day of November, 1908, the petition in error with case-made attached was filed in this court, but the præcipe for summons was not filed until the 7th day of January, A. D. 1909, on which date summons in error was issued. The defendants in error moved to dismiss this appeal on the ground that neither was any præcipe filed in this court nor any summons in error issued within one year from the date of the judgment sought to be reviewed.

In the case of *Williams v. Paullin et al.,* 24 Okla. 694, 104 Pac. 342, it was held by this court that "where no summons in error is issued or præcipe filed therefor, and no general appearance is made by defendant in error within one year after the rendition of the judgment appealed from, a proceeding in error is not com-

menced within one year after the rendition of the judgment, as required by section 4748, Wilson's Rev. & Ann. St. 1903, although a petition in error and case-made have been filed within said period of one year, and the proceeding will be dismissed." See to the same effect, *McMurtry v. Byrd et al.*, 23 Okla. 597, 101 Pac. 1117; *Court of Honor v. Wallace el al.*, 23 Okla. 734, 102 Pac. 111. See, also, case of *Kilgore v. Yarnell et al.*, 24 Okla. 525, 103 Pac. 698; *School Dist No. 39 Kiowa County, v. Fisher, County Treasurer (First Nat. Bank of Hobart, Intervener)*, 23 Okla. 9, 99 Pac. 646.

It follows that this appeal was not commenced in such time after the rendition of the judgment for this court to acquire jurisdiction, and the same is accordingly dismissed.

All the Justices concur.